## Foster and Grothe *v.* The State.

Record: grand jury: indictment.—It must appear affirmatively, from the record, that the grand jury, who found and returned the bill of indictment into court, were sworn; the statement in the *indictment* that they were sworn, is not sufficient. See *Cody's case*, 3 How. 27.

In error from the Circuit Court of Madison county. Hon. E. G. Henry, judge.

The plaintiffs in error were indicted and convicted in the court below, for unlawful trading with slaves. The only evidence contained in the transcript of the record sent to this court, that the grand jury were sworn, is the following averment, in the bill of indictment:—

"The grand juries of the State of Mississippi, being good and lawful men of the county of Madison aforesaid, and being duly elected, empanelled, sworn, and charged to inquire, for the body of the county of Madison aforesaid, upon their oath present," &c.

No counsel appeared for plaintiff in error.

*D. C. Glenn,* attorney-general, for the State.

Fisher, J., delivered the opinion of the court.

The plaintiffs in error were indicted in the Circuit Court of Madison county, under the Statute of 1850 to suppress trade and barter with slaves, and for other purposes, and were convicted on their trial in the court below.

On looking into the record, we deem it unnecessary to decide the points made by the attorney-general on behalf of the State, in argument at the bar, as it does not appear, by the record, that the grand jury, who found the indictment, were in any manner sworn to inquire in and for the body of the county of Madison.

This is not now an open question in this court.

Judgment reversed, and cause remanded.